DAVID L. SKELTON, TRUSTEE  #96250
REBECCA E. PENNINGTON  #174488
RICHARD L. STEVENSON  #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
PHONE (619) 338-4006 FAX (619) 239-5242

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**325 WEST F STREET, SAN DIEGO CA 92101-6991**

In Re:

JULIO WERNER MAYEN

Debtor.

Case No.  13-01660-LT13

Hearing Date:  May 7, 2013
Time:  10:00 AM
Dept:  3

## TRUSTEE'S STATEMENT OF CASE STATUS

1.  No opposition/response to the Trustee's objections has been filed.  All of Trustee's objections filed on 4/3/13, docket 20, remain.

2.  No plan payments have been received.

3.  No due diligence documents have been provided.

4.  Trustee requests case be dismissed.

DATE:  April 29, 2013

/s/ Richard L. Stevenson
Attorney for David L. Skelton, Trustee