# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JULIO WERNER MAYEN | | |
| **Case Number:** | 13-01660-LT13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, MAY 07, 2013 10:00 AM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | SHAWNA DAHL | | |
| **Reporter / ECR:** | COLLETTA BROOKS | | |

## *Matter:*

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE FILED BY TRUSTEE

## *Appearances:*

RICHARD STEVENSON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE

## *Disposition:*

Off calendar, Debtor dismissed 5/3/13